Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

FILED
2021 SEP 29 P 2:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

Chelsea Walker
**Plaintiff**
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Case No.: 2:21-CV-1304-SGC
(to be filled in by the Clerk's Office)

JURY TRIAL ☒ Yes ☐ No

The White House
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. **The Plaintiff**
   Name: Chelsea Walker
   Street Address: 3372 34Th ST. N
   City and County: Birmingham Jefferson
   State and Zip Code: Alabama 35207
   Telephone Number: (205) 597-1136

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Defendant No. 1
  Name: The White House
  Job or Title: N/A
  Street Address: 1600 PeNNSYlVANiA Avenue N.W
  City and County: WAShiNGtoN
  State and Zip Code: District of ColumBiA  20500

Defendant No. 2
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Defendant No. 3
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Defendant No. 4
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
   Name _____
   Job or Title _____
   Street Address _____
   City and County _____
   State and Zip Code _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question   ☐ USA Defendant   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency __The White House__

Address __1600 Pennsylvania Avenue NW Washington D.C. 20500__

**B.   If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__Civil Rights__
__Human Rights__

Pro Se General Complaint for a Civil Case (Rev.10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, *(name)* Chelsea Walker, is a citizen of the State of *(name)* Alabama.

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* The White House, is incorporated under the laws of the State of *(name)* District of Columbia and has its principal place of business in the State of *(name)* District of Columbia.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    On Going Malfeasance

III. **Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff Chelsea Walker cannot reside in the state of Alabama Because of the ongoing political misconduct and criminal mischief that has been conducted. Since 2016 to 2021 Miss Chelsea Walker has not been able to comfortably reside anywhere in the U.S.A.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The ongoing negligence that Miss Walker has experienced has lead to her seeking $100,000,000 million dollars as a result of reckless behavior and civil rights violations.

## V.  Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  Chelsea                   Last Name  WALKER
Mailing Address  3372  34Th  St, N
City and State  Birmingham, Alabama            Zip Code  35207
Telephone Number  (205) 597-1136
E-mail Address  N/A

Signature of plaintiff  /s/ Chelsea Walker
Date signed  09-29-2021

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_____ No Email Address _____

Participant signature: _____

Date: 09-29-2021

Chelsea Walker

3372 34th St. N

Birmingham, AL

V.S

White house

1600 Pennsylvania Avenue, N.W,

Washington, D.C 20500

FILED

2021 SEP 29 P 2: 23

U.S. DISTRICT COURT
N.D. OF ALABAMA

To Whom It May Concern:

The following person, Chelsea Walker, is contacting your offices in regards to a motion that has been filed. Due to the nature of the following that Miss. Walker has experienced she contacting your facility regarding a lawsuit specifying these egregious activities: Criminal malfeasance, Criminal mischief, anarchy, Trade Libel, Stalking, Disparagement, Handicap abuse, Endangerment, False imprisonment, Systemic injustice, Wire Tapping, Exploitation, Solicitation, Blackmail, Cyber bullying, Abuse of Power, Violation of Privacy, Discrimination, Gender Discrimination, Civil Rights violation, Enslavement, Bobby Trapping, Sexual misconduct, Age Discrimination, Gender Discrimination, Criminal facilitation, Loss of life, Handicap Discrimination, Entrapment, Insubordination, Slander, Political Misconduct, Defamation of Character, Trafficking, Grand Larceny, Breach of trust, Breach of trust, Civil unrest, Religious Prosecution, Technological Abuse, Destroying Evidence, Libel, Bribery, Consumer fraud as well as Lewd and Lascivious conduct. Due to these concerning actions Miss Walker is asking for compensatory and punitive damages in the amount of $100,000,000. We are looking forward to hearing from you.

Sincerely,

*[signature: Chelsea Walker]*